IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANOGNA DEVABHAKTUNI, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-2924-E |
| REBECCA RUTHERFORD, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a de novo review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Plaintiff's Application to Proceed in Forma Pauperis is denied. By separate judgment, this action will be summarily dismissed based on the prior sanction order in *Manogna Devabhaktuni v. Honorable David C. Godbey*, No. 3:19-CV-2216-G (BT) (N.D. Tex. Oct. 28, 2019).

**SO ORDERED.**

Signed January 8, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE